# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CR-05-036-F |
| ) | |
| JON KENT RED ELK, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

The parties are notified that the court has carefully reviewed two of the documents which have been submitted to the court for in camera review, namely the Government's Supplemental Motion for Reduction of Sentence Pursuant to Rule 35(b), filed in CR-98-195-T on February 2, 2001, and the presentence investigation report in the same case.

The court has concluded that release of the Rule 35(b) motion in unredacted form to counsel for defendant is appropriate. The court has further concluded that release of the presentence investigation report, with redactions which have been made by the court, is appropriate.

Accordingly, counsel for the parties may obtain copies of these documents from the courtroom deputy assigned to the undersigned judge.

DATED August 8, 2005.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE